

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

June 13, 2025

The Honorable Judge Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

<u>**Via ECF**</u>

***Gaspa v. Massage Luxe International, LLC***
**Docket No. 3:25-cv-00068-GC-TJB**

Your Honor,

We represent the Plaintiff, Veronica Gaspa, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Massage Luxe International, LLC.

We are pleased to report that the Plaintiff has reached an agreement to settle all claims with prejudice as alleged in the Complaint against the Defendant Massage Luxe International, LLC.

Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Defendant Massage Luxe International LLC, including the upcoming Initial Conference currently scheduled for June 16, 2025, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully,

/s/ *Uri Horowitz*
Uri Horowitz

CC: *All Counsel of Record via ECF*